Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| In re: ROE, SHERELL R | § Case No. 15-09235 |
|---|---|
|  | § |
|  | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 16, 2015.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $      7,100.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 120.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 6,980.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/23/2015 and the deadline for filing governmental claims was 09/12/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,460.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,460.00, for a total compensation of $1,460.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $18.37, for total expenses of $18.37.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2016        By: /s/Ira Bodenstein
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-09235  
**Case Name:** ROE, SHERELL R

**Period Ending:** 06/14/16

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 03/16/15 (f)  
**§341(a) Meeting Date:** 04/27/15  
**Claims Bar Date:** 09/23/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Debtor's primary residence: 18626 Carpenter, Hom<br>  Orig. Description: Debtor's primary residence: 18626 Carpenter, Homewood IL 60430., Value per Zillow.com; Imported from original petition Doc# 1; Exemption: Debtor's primary residence: 18626 Carpenter Street, Homewood  IL 60430. Checking, Savings, or Other Financial Accounts,  Certificates of Deposit  -  Amount: 15000.00; Lien: Opened 5/01/14 Last Active 2/15/15<br>Debtor's primary residence: 18626 Carpenter Street, Homewood IL 60430.<br>Value $ Value per Zillow.com<br>172000  -  Amount: 162769.00 | 172,000.00 | 0.00 | | 0.00 | FA |
| 2 | Debtor's Investment property: 316 E. 171st Place<br>  Orig. Description: Debtor's Investment property: 316 E. 171st Place, South Holland, IL 60473., SURRENDER, Value per Zillow.com; Imported from original petition Doc# 1; Lien: Opened 8/01/06 Last Active 6/16/14<br>Debtor's Investment property: 316 E. 171st Place, South Holland, IL 60473.<br>SURRENDER<br>Value per Zillow.com<br>Value $ 141000  -  Amount: 195464.00 | 141,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Chase bank<br>  Orig. Description: Checking account with Chase bank; Imported from original petition Doc# 1; Exemption: Checking account with Chase bank  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with Chase Bank<br>  Orig. Description: Savings account with Chase Bank; Imported from original petition Doc# 1; Exemption: Savings account with Chase Bank  -  Amount: 20.00 | 20.00 | 0.00 | | 0.00 | FA |
| 5 | Basic furniture.<br>  Orig. Description: Basic furniture.; Imported from original petition Doc# 1 | 200.00 | 1.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-09235  
**Case Name:** ROE, SHERELL R

**Period Ending:** 06/14/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/16/15 (f)  
**§341(a) Meeting Date:** 04/27/15  
**Claims Bar Date:** 09/23/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 6    Basic clothing<br>     Orig. Description: Basic clothing; Imported from original petition Doc# 1 | 100.00 | 1.00 | | 0.00 | FA |
| 7    Term life insurance AIG<br>     Orig. Description: Term life insurance AIG; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8    Term life insurance policy with Primerica<br>     Orig. Description: Term life insurance policy with Primerica; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9    2007 Toyota Camry, 95,000 miles.<br>     Orig. Description: 2007 Toyota Camry, 95,000 miles.; Imported from original petition Doc# 1; Exemption: 2007 Toyota Camry, 95,000 miles. - Amount: 2400.00; Exemption: 2007 Toyota Camry, 95,000 miles. - Amount: 3100.00 | 5,500.00 | 0.00 | | 0.00 | FA |
| 10   2010 Lexus ES 350, 35,000 miles.<br>     Orig. Description: 2010 Lexus ES 350, 35,000 miles.; Imported from original petition Doc# 1; Lien: Opened 6/01/14 Last Active 1/31/15 Purchase Money Security<br>2010 Lexus ES 350, 35,000 miles.<br>Value $ 19612  -  Amount: 27880.00 | 19,612.00 | 0.00 | | 0.00 | FA |
| 11   2014 tax refund  (u) | 0.00 | 7,149.00 | | 7,100.00 | FA |
| 11    **Assets**     **Totals** (Excluding unknown values) | **$338,932.00** | **$7,151.00** | | **$7,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

     4/15/2016- final installment of refund deposited.
     Await check to clear and prepare TFR

**Initial Projected Date Of Final Report (TFR):**    June 30, 2016       **Current Projected Date Of Final Report (TFR):**    June 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-09235  
**Case Name:** ROE, SHERELL R  

**Taxpayer ID #:** **-***7235  
**Period Ending:** 06/14/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/15 | {11} | Sherell R. Roe | First installment of 2014 tax refund | 1224-000 | 1,200.00 | | 1,200.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,190.00 |
| 07/16/15 | {11} | Sherell R. Roe | Second installment of 2014 tax refund | 1224-000 | 800.00 | | 1,990.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,980.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,970.00 |
| 09/17/15 | {11} | Sherell R. Roe | Third installment of 2014 tax refund | 1224-000 | 800.00 | | 2,770.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,760.00 |
| 10/05/15 | {11} | Sherell R. Roe | Fourth installment of 2014 tax refund | 1224-000 | 500.00 | | 3,260.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,250.00 |
| 11/11/15 | {11} | Sherell R. Roe | Fifth installment of 2014 tax refund | 1224-000 | 500.00 | | 3,750.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,740.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,730.00 |
| 01/06/16 | {11} | Sherell R. Roe | Sixth installment of 2014 tax refund | 1224-000 | 500.00 | | 4,230.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,220.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,210.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,200.00 |
| 04/15/16 | {11} | Sherell R. Roe | Final installment of 2014 tax refund | 1224-000 | 2,800.00 | | 7,000.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,990.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,980.00 |
| | | | **ACCOUNT TOTALS** | | **7,100.00** | **120.00** | **$6,980.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **7,100.00** | **120.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,100.00** | **$120.00** | |

Net Receipts : 7,100.00  
———————  
Net Estate : $7,100.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******7666 | 7,100.00 | 120.00 | 6,980.00 |
| | $7,100.00 | $120.00 | $6,980.00 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 23, 2015

**Case Number:** 15-09235
**Debtor Name:** ROE, SHERELL R

Page: 1

**Date:** June 14, 2016
**Time:** 12:30:44 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $18.37 | $0.00 | 18.37 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,460.00 | $0.00 | 1,460.00 |
| NOTFILED 100 | Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826 | Secured | XXXXX8675 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Toyota Motor Credit Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52408 | Secured | XXXXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | Secured | XXXXXXXXX0393 | $0.00 | $0.00 | 0.00 |
| 1 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXXXXXXXXXXX3822 | $5,339.36 | $0.00 | 5,339.36 |
| 2 610 | Cavalry SPV I, LLC<br>c/o Bass & Associates P.C.<br>3936 E. Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | XXXXXXXXXXXX1873 | $4,051.40 | $0.00 | 4,051.40 |
| 3 610 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suit<br>Tucson, AZ 85712 | Unsecured | XXXXXXXXXXXX2794 | $3,592.35 | $0.00 | 3,592.35 |
| 4 610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | XXXXXXXXXXXX2622 | $10,150.16 | $0.00 | 10,150.16 |
| 5 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $194.01 | $0.00 | 194.01 |
| 6 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $543.21 | $0.00 | 543.21 |
| NOTFILED 610 | Chase Bp Prvt Lbl<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX4964 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 23, 2015

**Case Number:** 15-09235  
**Debtor Name:** ROE, SHERELL R

Page: 2

**Date:** June 14, 2016  
**Time:** 12:30:44 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040 | Unsecured | XXXXXXXXX3920 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Great American Finance<br>Attn: Bankruptcy<br>20 N Wacker Dr. Suite 2275<br>Chicago, IL 60606 | Unsecured | XXXXX5103 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 25,348.86 | 0.00 | 25,348.86 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-09235
Case Name: ROE, SHERELL R
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 6,980.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,980.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,460.00 | 0.00 | 1,460.00 |
| Trustee, Expenses - Ira Bodenstein | 18.37 | 0.00 | 18.37 |

Total to be paid for chapter 7 administration expenses: $ 1,478.37
Remaining balance: $ 5,501.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,501.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,501.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 23,870.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 5,339.36 | 0.00 | 1,230.60 |
| 2 | Cavalry SPV I, LLC | 4,051.40 | 0.00 | 933.76 |
| 3 | Cavalry SPV I, LLC | 3,592.35 | 0.00 | 827.96 |
| 4 | Capital One Bank (USA), N.A. | 10,150.16 | 0.00 | 2,339.39 |
| 5 | Quantum3 Group LLC as agent for | 194.01 | 0.00 | 44.72 |
| 6 | Quantum3 Group LLC as agent for | 543.21 | 0.00 | 125.20 |

Total to be paid for timely general unsecured claims: $ 5,501.63
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**         0.00
Remaining balance:                         $            0.00

**UST Form 101-7-TFR (05/1/2011)**