# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: ROE, SHERELL R | § | Case No. 15-09235 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $338,932.00
*(without deducting any secured claims)*

Assets Exempt: $21,400.00

Total Distribution to Claimants: $5,501.63

Claims Discharged
Without Payment: $25,424.86

Total Expenses of Administration: $1,598.37

3) Total gross receipts of $ 7,100.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,100.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $386,113.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,598.37 | 1,598.37 | 1,598.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,265.00 | 23,870.49 | 23,870.49 | 5,501.63 |
| **TOTAL DISBURSEMENTS** | $416,378.00 | $25,468.86 | $25,468.86 | $7,100.00 |

4) This case was originally filed under Chapter 7 on March 16, 2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2016          By: /s/Ira Bodenstein
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 tax refund | 1224-000 | 7,100.00 |
| **TOTAL GROSS RECEIPTS** | | $7,100.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit Toyota Financial Services | 4110-000 | 27,880.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 162,769.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing L | 4110-000 | 195,464.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $386,113.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,460.00 | 1,460.00 | 1,460.00 |
| Ira Bodenstein | 2200-000 | N/A | 18.37 | 18.37 | 18.37 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,598.37 | $1,598.37 | $1,598.37 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 5,416.00 | 5,339.36 | 5,339.36 | 1,230.60 |
| 2 | Cavalry SPV I, LLC | 7100-000 | 4,051.00 | 4,051.40 | 4,051.40 | 933.76 |
| 3 | Cavalry SPV I, LLC | 7100-000 | 3,592.00 | 3,592.35 | 3,592.35 | 827.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 10,150.00 | 10,150.16 | 10,150.16 | 2,339.39 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 194.01 | 194.01 | 44.72 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 543.21 | 543.21 | 125.20 |
| NOTFILED | Great American Finance | 7100-000 | 1,791.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 4,963.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bp Prvt Lbl | 7100-000 | 302.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $30,265.00 | $23,870.49 | $23,870.49 | $5,501.63 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 15-09235 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** ROE, SHERELL R | **Filed (f) or Converted (c):** 03/16/15 (f) |
| | **§341(a) Meeting Date:** 04/27/15 |
| **Period Ending:** 09/17/16 | **Claims Bar Date:** 09/23/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtor's primary residence: 18626 Carpenter, Hom<br>  Orig. Description: Debtor's primary residence: 18626 Carpenter, Homewood IL 60430., Value per Zillow.com; Imported from original petition Doc# 1; Exemption: Debtor's primary residence: 18626 Carpenter Street, Homewood  IL 60430. Checking, Savings, or Other Financial Accounts,  Certificates of Deposit  -  Amount: 15000.00; Lien: Opened 5/01/14 Last Active 2/15/15<br>Debtor's primary residence: 18626 Carpenter Street, Homewood IL 60430.<br>Value $ Value per Zillow.com<br>172000  -  Amount: 162769.00 | 172,000.00 | 0.00 | | 0.00 | FA |
| 2 | Debtor's Investment property: 316 E. 171st Place<br>  Orig. Description: Debtor's Investment property: 316 E. 171st Place, South Holland, IL 60473., SURRENDER, Value per Zillow.com; Imported from original petition Doc# 1; Lien: Opened 8/01/06 Last Active 6/16/14<br>Debtor's Investment property: 316 E. 171st Place, South Holland, IL 60473.<br>SURRENDER<br>Value per Zillow.com<br>Value $ 141000  -  Amount: 195464.00 | 141,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Chase bank<br>  Orig. Description: Checking account with Chase bank; Imported from original petition Doc# 1; Exemption: Checking account with Chase bank  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with Chase Bank<br>  Orig. Description: Savings account with Chase Bank; Imported from original petition Doc# 1; Exemption: Savings account with Chase Bank  -  Amount: 20.00 | 20.00 | 0.00 | | 0.00 | FA |
| 5 | Basic furniture.<br>  Orig. Description: Basic furniture.; Imported from original petition Doc# 1 | 200.00 | 1.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-09235 | **Trustee:**   (330129)   Ira Bodenstein |
| **Case Name:**   ROE, SHERELL R | **Filed (f) or Converted (c):**  03/16/15 (f) |
| | **§341(a) Meeting Date:**  04/27/15 |
| **Period Ending:** 09/17/16 | **Claims Bar Date:**  09/23/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 6   Basic clothing Orig. Description: Basic clothing; Imported from original petition Doc# 1 | 100.00 | 1.00 | | 0.00 | FA |
| 7   Term life insurance AIG Orig. Description: Term life insurance AIG; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8   Term life insurance policy with Primerica Orig. Description: Term life insurance policy with Primerica; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9   2007 Toyota Camry, 95,000 miles. Orig. Description: 2007 Toyota Camry, 95,000 miles.; Imported from original petition Doc# 1; Exemption: 2007 Toyota Camry, 95,000 miles.  - Amount: 2400.00; Exemption: 2007 Toyota Camry, 95,000 miles.  -  Amount: 3100.00 | 5,500.00 | 0.00 | | 0.00 | FA |
| 10   2010 Lexus ES 350, 35,000 miles. Orig. Description: 2010 Lexus ES 350, 35,000 miles.; Imported from original petition Doc# 1; Lien: Opened 6/01/14 Last Active 1/31/15 Purchase Money Security 2010 Lexus ES 350, 35,000 miles. Value $ 19612  -  Amount: 27880.00 | 19,612.00 | 0.00 | | 0.00 | FA |
| 11   2014 tax refund  (u) | 0.00 | 7,149.00 | | 7,100.00 | FA |
| **11    Assets    Totals** (Excluding unknown values) | **$338,932.00** | **$7,151.00** | | **$7,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/15/2016- final installment of refund deposited.

Await check to clear and prepare TFR

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):**   June 30, 2016 | **Current Projected Date Of Final Report (TFR):**   July 7, 2016  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-09235 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** ROE, SHERELL R | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7666 - Checking Account |
| **Taxpayer ID #:** **-***7235 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/17/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/15 | {11} | Sherell R. Roe | First installment of 2014 tax refund | 1224-000 | 1,200.00 | | 1,200.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,190.00 |
| 07/16/15 | {11} | Sherell R. Roe | Second installment of 2014 tax refund | 1224-000 | 800.00 | | 1,990.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,980.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,970.00 |
| 09/17/15 | {11} | Sherell R. Roe | Third installment of 2014 tax refund | 1224-000 | 800.00 | | 2,770.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,760.00 |
| 10/05/15 | {11} | Sherell R. Roe | Fourth installment of 2014 tax refund | 1224-000 | 500.00 | | 3,260.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,250.00 |
| 11/11/15 | {11} | Sherell R. Roe | Fifth installment of 2014 tax refund | 1224-000 | 500.00 | | 3,750.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,740.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,730.00 |
| 01/06/16 | {11} | Sherell R. Roe | Sixth installment of 2014 tax refund | 1224-000 | 500.00 | | 4,230.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,220.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,210.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,200.00 |
| 04/15/16 | {11} | Sherell R. Roe | Final installment of 2014 tax refund | 1224-000 | 2,800.00 | | 7,000.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,990.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,980.00 |
| 08/03/16 | 101 | Ira Bodenstein | Dividend paid 100.00% on $18.37, Trustee Expenses;  Reference: | 2200-000 | | 18.37 | 6,961.63 |
| 08/03/16 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,460.00, Trustee Compensation;  Reference: | 2100-000 | | 1,460.00 | 5,501.63 |
| 08/03/16 | 103 | Discover Bank | Dividend paid  23.04% on $5,339.36; Claim# 1; Filed: $5,339.36; Reference: XXXXXXXXXXXX3822 | 7100-000 | | 1,230.60 | 4,271.03 |
| 08/03/16 | 104 | Cavalry SPV I, LLC | Dividend paid  23.04% on $4,051.40; Claim# 2; Filed: $4,051.40; Reference: XXXXXXXXXXXX1873 | 7100-000 | | 933.76 | 3,337.27 |
| 08/03/16 | 105 | Cavalry SPV I, LLC | Dividend paid  23.04% on $3,592.35; Claim# 3; Filed: $3,592.35; Reference: XXXXXXXXXXXX2794 | 7100-000 | | 827.96 | 2,509.31 |
| 08/03/16 | 106 | Capital One Bank (USA), N.A. | Dividend paid  23.04% on $10,150.16; Claim# 4; Filed: $10,150.16; Reference: XXXXXXXXXXXX2622 | 7100-000 | | 2,339.39 | 169.92 |
| 08/03/16 | 107 | Quantum3 Group LLC as agent for | Dividend paid  23.04% on $194.01; Claim# 5; Filed: $194.01; Reference: | 7100-000 | | 44.72 | 125.20 |
| 08/03/16 | 108 | Quantum3 Group LLC as agent for | Dividend paid  23.04% on $543.21; Claim# 6; | 7100-000 | | 125.20 | 0.00 |
| | | | Subtotals : | | $7,100.00 | $7,100.00 | |

{} Asset reference(s)

Printed: 09/17/2016 01:57 PM   V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-09235 | |
| **Case Name:** ROE, SHERELL R | |
| | |
| **Taxpayer ID #:** **-***7235 | |
| **Period Ending:** 09/17/16 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $543.21; Reference: | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 7,100.00 | 7,100.00 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 7,100.00 | 7,100.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$7,100.00** | **$7,100.00** | |

| | |
|---|---|
| Net Receipts : | 7,100.00 |
| Net Estate : | $7,100.00 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7666** | 7,100.00 | 7,100.00 | 0.00 |
| | $7,100.00 | $7,100.00 | $0.00 |